UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 10-00284-MMM(MANx) | Date | February 1, 2010 |
| Title | Your Baby Can, LLC v. Lee Miller et al | | |

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   Order to Show Cause re Copyright, Patent, and Trademark Reporting Requirements

    On January 14, 2010, the Clerk's Office sent a notice to counsel re copyright, patent, and trademark reporting requirements.  As of today's date, the attorney has not filed the required AO-120 and/or AO-121 form(s).

    The court hereby orders counsel to show cause in writing, on or before **February 16, 2010**, why this case should not be dismissed for failure to comply with this requirement. The order to show cause will stand submitted upon the filing of counsel's response.  The parties may file the required forms as a satisfactory response to this order.